IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK JAMES BLASINGAME                                                                PLAINTIFF
ADC #140321

v.                           CASE NO: 5:13CV00348 BSM

DEBRA YORK et al.                                                                            DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment [Doc. Nos. 26 & 29] are granted, and plaintiff's complaint is dismissed with prejudice.

2. Plaintiff's motion for summary judgment [Doc. No. 33] is denied.

3. The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of October 2014.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE