# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FRANK JAMES BLASINGAME**                                                             **PLAINTIFF**
**ADC #140321**

**v.**                 **CASE NO: 5:13CV00348 BSM**

**DEBRA YORK et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this date, defendants' motions for summary judgment [Doc. Nos. 26 & 29] are granted, and plaintiff's motion for summary judgment [Doc. No. 33] is denied.  This case is dismissed with prejudice.

DATED this 17th day of October 2014.

                                                                           _/s/ Brian S. Miller_
                                                           UNITED STATES DISTRICT JUDGE